Nos. 173 and 174. TRUSTEES OF PILLSBURY ACADEMY *v.* MINNESOTA.

October 9, 1939. *Per Curiam:* The motions to affirm are granted and the judgments of the Supreme Court of Minnesota are affirmed. *Violet Trapping Co.* v. *Grace,* 297 U. S. 119, 120; *Ingraham* v. *Hanson,* 297 U. S. 378, 381; *Schenebeck* v. *McCrary,* 298 U. S. 36, 37. MR. JUSTICE BLACK took no part in the consideration or decision of these cases. *Messrs. Herbert T. Park* and *G. A. Youngquist,* for appellants. *Messrs. Chester S. Wilson,* · *Alfred W. Bowen,* and *Frank J. Williams* for appellee.

No. 301. CAROLENE PRODUCTS CO. *v.* WALLACE, SECRETARY OF AGRICULTURE, ET AL.

October 9, 1939. *Per Curiam:* The motion to affirm is granted and the decree of the District Court of the United States for the District of Columbia is affirmed. *Hygrade Provision Co.* v. *Sherman,* 266 U. S. 497, 500; *Spielman Motor Co.* v. *Dodge,* 295 U. S. 89, 95–96. *Messrs. George N. Murdock* and *Frank K. Nebeker* for appellant. *Assistant Solicitor General Bell* for appellees.